FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG 17 P 1:15

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHAEL P. NANCE                                      CIVIL ACTION

VERSUS                                                NO. 03-3092

NEW ORLEANS AND BATON ROUGE                           SECTION "F"(3)
STEAMSHIP PILOTS ASSOCIATION, ET AL.

## O R D E R

The Court, having considered the record, the applicable law, the Order and Reasons of the United States Magistrate Judge and the objections to the Magistrate Judge's Order and Reasons, hereby approves the Order and Reasons of the United States Magistrate Judge and adopts it as its own opinion, Accordingly;

IT IS ORDERED that the NOBRA defendants' application for attorney's fees is GRANTED in the amount of twenty-five thousand, eight hundred eighty-four dollars and ten cents ($25,884.10), plus interest from the date of judgment.

New Orleans, Louisiana, this 17th day of August, 2005.

Martin L. C. Feldman
UNITED STATES DISTRICT JUDGE