FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG 17  P 1: 15

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHAEL NANCE                                            CIVIL ACTION

VERSUS                                                    NO. 03-3092

NEW ORLEANS AND BATON ROUGE                SECTION "F" (3)
STEAMSHIP PILOTS ASSOCIATION, ET AL

## JUDGMENT

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein;

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendants, New Orleans Baton Rouge Steamship Pilots Association, Captain William O. "Bud" Watson, Captain Chris Brown and Captain Louis Lahners, and against the plaintiff, Michael Nance, in the amount of twenty-five thousand, eight hundred eighty-four dollars and ten cents ($25,884.10), plus interest from the date of judgment.

New Orleans, Louisiana, this 17TH day AUGUST, 2005.

Martin L. C. Feldman
UNITED STATES DISTRICT JUDGE

Fee _____
Process _____
X Dktd _____
✓ CtRmDep _____
Doc. No. _____