

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG -8  PM 3: 26

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL NANCE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 03-3092** |
| **NEW ORLEANS AND BATON ROUGE STEAMSHIP PILOTS ASSOCIATION, ET AL** | **SECTION "F" (3)** |

### O R D E R

The Court, after considering the Motion for Award of Attorney Fees and Costs pursuant to 42 U.S.C. § 1988 and/or Fed. R. Civ. P. 54(d) [Rec. Doc. No. 102], the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Board of Examiners' Motion for Award of Attorney Fees and Costs [Rec. Doc. No. 102] be DENIED IN PART, that is insofar as the Board seeks the imposition of attorney fees and costs pursuant to 42 U.S.C. § 1988 as a prevailing defendant.

**IT IS FURTHER ORDERED** that the Board of Examiners' Motion [Rec. Doc. No. 102] be GRANTED IN PART, that is insofar as it seeks to an order pursuant to Fed. R. Civ. P. 54(d) that costs be taxed against the plaintiff as authorized by 28 U.S.C. § 1920.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

**IT IS FURTHER ORDERED** that, in accordance with Local Rule 54.3 but within 30 days of the entry of this order granting Rule 54(d) costs, the Board of Examiners shall file with the Clerk of this Court a notice of application to have the costs taxed, together with a memorandum signed by the attorney of record stating that the items are correct in that the items sought to be taxed are consistent with the dictates 28 U.S.C. § 1920 and that the costs have been necessarily incurred.

New Orleans, Louisiana, this 8th day August, 2006.

Martin L. C. Feldman
UNITED STATES DISTRICT JUDGE